IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES EUGENE HOTCHKISS, )
 # B-81014, )
 )
 Plaintiff, )
 )
 vs. ) Case No. 17-cv-887-JPG
 )
TAMMY PITTAYATHIKHAN, )
 )
 Defendant. )

# NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

This matter is before the Court for case management. The docket in this case reflects that Plaintiff's address as of the time he filed this action was at the Shawnee Correctional Center in Vienna, Illinois, where he was a prisoner. Mail sent to Plaintiff at that address by the Court, however, has been returned as undeliverable and marked "unable to forward." (Doc. 7). However, Plaintiff has not submitted a change of address to the Court for this case.

Plaintiff is **REMINDED** that he is under a continuing obligation to keep the Clerk of Court informed of any change in his location. Plaintiff previously was advised of this obligation in a letter from the Clerk of Court which was mailed to Plaintiff on August 22, 2017, when this case was opened. (Doc. 4). The letter also warned Plaintiff that failure to notify the Court of any address change could result in dismissal of this case. That letter apparently reached Plaintiff, as it was not returned to the Clerk's Office. Pursuant to Southern District of Illinois Local Rule 3.1(b), notification to the Court of any address change shall be made in writing no later than 7 days after a change in address occurs. It is not the Court's responsibility to independently investigate the current address for any party to a pending action.

1

Plaintiff is **THEREFORE ORDERED** to provide the Court with his current address within 14 days of the date of entry of this Order **(on or before October 23, 2017).** Failure to comply with this Order **will result in dismissal** of this action with prejudice for want of prosecution, under Federal Rule of Civil Procedure 41(b).

It has come to the Court's attention that Plaintiff did submit an updated address in another case pending in this Court, *Hotchkiss v. Gladson*, Case No. 15-773-JPG-SCW. The Clerk is therefore **DIRECTED** to mail a copy of this order to Plaintiff at: 936 N. 6th St., Quincy, IL 62301, in addition to mailing a copy to the address of record in this case.

**IT IS SO ORDERED.**

**DATED: October 6, 2017**

*s/J. Phil Gilbert*
United States District Judge