IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES EUGENE HOTCHKISS,

    Plaintiff,

v.

TAMMY PITTAYATHIKHAN,

    Defendant.

Case No. 3:17-cv-00887-JPG-RJD

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendations ("Report") (ECF No. 37) of Magistrate Judge Reona J. Daly with regard to the defendant's motion for summary judgment for failure to exhaust administrative remedies (ECF No. 28). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, Magistrate Judge Daly recommends that the Court grant the defendant's motion because once Hotchkiss received a response from a counselor on his grievance, he failed to appeal the grievance to a Grievance Officer, the Chief Administrative Officer, or the Administrative Review Board for a final decision: a requirement of the exhaustion process. *Dole v. Chandler*, 438 F.3d 804, 806–07; 20 ILL. ADM. CODE § 504.850(a). Hotchkiss objects, arguing that the counselor never forwarded the grievance to any of the above entities. (ECF No. 38.) But it is not the counselor's burden appeal Hotchkiss's grievance for him; it is Hotchkiss's.

Ill. Adm. Code 20 §§ 504.810(a), 504.830(e), 504.850(a). Hotchkiss cites no authority to the contrary. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (ECF No. 37);

- **DENIES** Hotchkiss's motion to enter, which the Court has construed as his objection to the Report (ECF No. 38);

- **GRANTS** the defendant's motion for summary judgment (ECF No. 33); and

- **DISMISSES** this case **WITHOUT PREJUDICE** for Hotchkiss's failure to exhaust his administrative remedies.

**IT IS SO ORDERED.**

**DATED: AUGUST 28, 2018**

<u>s/ *J. Phil Gilbert*</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**