## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES EUGENE HOTCHKISS,

    Plaintiff,

v.

TAMMY PITTAYATHIKHAN,

    Defendant.

Case No. 3:17-cv-00887-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 29, 2018

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY:**   s/Tina Gray
                                                 **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**